FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 19 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATHY DENISE GEE | Criminal Information<br><br>No. 1:18-CR-0001 |

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about February 1995 until in order November 2015, in the Northern District of Georgia, the defendant, KATHY DENISE GEE, did knowingly and willfully steal, purloin, and convert to her use and the use of another, a thing of value of the United States exceeding the sum of $1,000, namely, payments issued by the United States Department of Treasury, on behalf of the Social Security Administration, in violation of Title 18, United States Code, Section 641.

BYUNG J. PAK
*United States Attorney*

/s/ Diane C. Schulman
DIANE C. SCHULMAN
*Special Assistant United States Attorney*
Georgia Bar No. 497764

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181